IN THE UNITED STATES BANKRUPTCY
COURT FOR THE WESTERN DISTRICT OF
PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-10133 |
| Stefanie C. Russell | : | |
| Debtor | : | |
| | : | Chapter 13 |
| Stefanie C. Russell | : | |
| Movant | : | |
| | : | Related to Document No. 21 |
| v. | : | |
| | : | |
| | : | |
| Ronda J. Winnecour, Chapter 13 Trustee | : | |
| Respondent | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on **March 9, 2018**, a copy of the Amended Chapter 13 Plan dated March 7, 2018 at document 21 was served electronically or by regular United States mail to all interested parties, the Trustee, and all creditors listed below.

**VIA CM/ECF**

**Office of the United States Trustee**
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
(Via CM/ECF)

**Ronda J. Winnecour, Chapter 13 Trustee**
Suite 3250 USX Tower
600 Grant Street
Pittsburgh PA 15219
(Via CM/ECF)

**VIA US MAIL**

**American Honda Finance**
Attn: Bankruptcy
Po Box 168088
Irving, TX 75016

**Amex**
Po Box 981540
El Paso, TX 79998

**Capital One**
Attn: General Correspondence/Bankruptcy

Po Box 30285
Salt Lake City, UT 84130

**Chase Card Services**

Attn: Correspondence Dept
Po Box 15298
Wilmington, DE 19850

**Discover Financial**

Po Box 3025
New Albany, OH 43054

**Erie Federal Credit Union**

3503 Peach St
Erie, PA 16508

**Lending Club Corp**

71 Stevenson St
Suite300
San Francisco, CA 94105

**M & T Bank**

Po Box 844
Buffalo, NY 14240

**St. Vincent Hospital**

232 W 25th St
Erie, PA 16544

**Village Surgicenter of Erie**

5473 Village Common Dr Ste 100
Erie, PA 16506-4961


EXECUTED ON: March 9, 2018          By:     /s/ Rebeka A. Seelinger
                                            Rebeka A. Seelinger, Esquire
                                            SEELINGER LAW
                                            Attorney for Debtor
                                            PA ID #93897
                                            4640 Wolf Road
                                            Erie, PA 16505
                                            (814) 824-6670
                                            rebeka@seelingerlaw.com