# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-10133-TPA |
|     Stefanie C. Russell | : | |
|         Debtor | : | |
| | : | Chapter 13 |
| M&T Bank | : | |
|         Movant | : | |
| | : | Related to Claim No. 4 |
|     v. | : | |
| | : | |
| Stefanie C. Russell and | : | |
| Ronda J Winnecour Esq., Chapter 13 Trustee | : | |
|         Respondents | : | |

**AND NOW**, this **16th day of November 2018,** upon consideration of the **NOTICE OF MORTGAGE PAYMENT CHANGE** filed by **M&T Bank** at Claim No. 4 in the above-captioned bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt.

Dated: November 16, 2018

By: Rebeka A. Seelinger, Esquire
SEELINGER LAW
Attorney for Debtor
PA ID #93897
4640 Wolf Road
Erie, PA 16505
(814) 824-6670
rebeka@seelingerlaw.com