IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-10133-TPA |
|    Stefanie C. Russell | : | Chapter 13 |
|       Debtor | : | |
| | : | Related to Claim No. 4 |
| M&T Bank | : | |
|       Movant | : | |
| | : | Document No. |
|    v. | : | |
| | : | |
| Stefanie C. Russell and | : | |
| Ronda J Winnecour Esq., Chapter 13 Trustee | : | |
|       Respondents | : | |

## DECLARATION

Upon review of the NOTICE OF MORTGAGE PAYMENT CHANGE filed by M&T Bank at Claim No. 4 in the above-captioned bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt, namely payments of $1,016.46 effective 12/1/2020.

Dated: November 30, 2020

By: /s/ Rebeka A. Seelinger, Esquire
Rebeka A. Seelinger, Esq., PA I.D. 93897
SEELINGER LAW CORPORATION
Attorney for Debtor
4640 Wolf Road
Erie, PA 16505
(814) 824-6670
rebeka@seelingerlaw.com