UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Case No. 18-10133 TPA |
| Stefanie C. Russell | : Chapter 13 |
| aka Stefanie Cotton-Russell | : |
| Debtor | : |
| | |
| Seelinger Law Corporation, | : |
| Movant | : |
| vs. | : Document No. |
| Ronda J. Winnecour, Esquire | : |
| Chapter 13 Trustee, | : |
| Respondent | : |

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of December, 2020, I served, or caused to be served, true and correct copies of

   A.  The Application of Seelinger Law Corporation for Interim Compensation as Counsel to the Debtor, together with the Summary Cover Sheet with Notice of Zoom Hearing and Response Deadline, by First Class United States mail or electronic service as indicated below, on the following:

**Office of the United States Trustee**
1001 Liberty Avenue Suite 970
Liberty Center
Pittsburgh PA 15222
ustpregion03.pi.ecf@usdoj.gov
(Via CM ECF)

**Ronda J. Winnecour, Trustee**
US Steel Tower Suite 3250
600 Grant Street
Pittsburgh PA 15219
cmecf@chapter13trusteewdpa.com
(Via CM ECF)

**Stefanie C. Russell**
3808 Myrtle Street
Erie PA 16508
(Via First Class Mail)

   B.  The Summary Cover Sheet with Notice of Hearing and Response Deadline, by First Class Mail, on the following:

See attached matrix

Dated: December 7, 2020                                           By: /s/ Rebeka Seelinger_____

Rebeka Seelinger, Esquire PA ID 93897
Seelinger Law Corporation
4640 Wolf Road
Erie PA 16505
(814) 824-6670
Rebeka@Seelingerlaw.com

```
Label Matrix for local noticing          PRA Receivables Management, LLC        U.S. Bankruptcy Court
0315-1                                   PO Box 41021                           U.S. Courthouse, Room B160
Case 18-10133-TPA                        Norfolk, VA 23541-1021                 17 South Park Row
WESTERN DISTRICT OF PENNSYLVANIA                                                Erie, PA 16501-1169
Erie
Sun Dec  6 14:59:59 EST 2020

AT& T Mobility                           American Express Bank, FSB             American Express Centurion Bank
PO Box 6416                              c/o Becket and Lee LLP                 c/o Becket and Lee LLP
Carol Stream, IL 60197-6416              PO Box 3001                            PO Box 3001
                                         Malvern  PA 19355-0701                 Malvern  PA 19355-0701

(p)AMERICAN HONDA FINANCE                Amex                                   Capital One
P O BOX 168088                           Correspondence                         Attn: General Correspondence/Bankruptcy
IRVING TX 75016-8088                     Po Box 981540                          Po Box 30285
                                         El Paso, TX 79998-1540                 Salt Lake City, UT 84130-0285

(p)JPMORGAN CHASE BANK  N A              Discover Bank                          Discover Financial
BANKRUPTCY MAIL INTAKE TEAM              Discover Products Inc                  Po Box 3025
700 KANSAS LANE FLOOR 01                 PO Box 3025                            New Albany, OH 43054-3025
MONROE LA 71203-4774                     New Albany, OH  43054-3025

Erie Federal Credit Union                LVNV Funding, LLC its successors and assigns    Lending Club Corp
3503 Peach St                            assignee of Citibank (South Dakota),             71 Stevenson St
Erie, PA 16508-2741                      N.A.                                             Suite 300
                                         Resurgent Capital Services                       San Francisco, CA 94105-2985
                                         PO Box 10587
                                         Greenville, SC 29603-0587

LendingClub Corporation                  (p)M&T BANK                            MIDLAND FUNDING LLC
71 Stevenson Street                      LEGAL DOCUMENT PROCESSING              PO BOX 2011
Suite 1000                               626 COMMERCE DRIVE                     WARREN MI 48090-2011
San Francisco, CA 94105-2967             AMHERST NY 14228-2307

Office of the United States Trustee      St. Vincent Hospital                   Village Surgicenter of Erie
Liberty Center.                          232 W 25th St                          5473 Village Common Dr  Ste 100
1001 Liberty Avenue, Suite 970           Erie, PA 16544-0001                    Erie, PA 16506-4961
Pittsburgh, PA 15222-3721

Rebeka Seelinger                         Ronda J. Winnecour                     Stefanie C. Russell
4640 Wolf Road                           Suite 3250, USX Tower                  3808 Myrtle St
Erie, PA 16505-1451                      600 Grant Street                       Erie, PA 16508-3014
                                         Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
American Honda Finance                   (d)American Honda Finance Corporation  Chase Card Services
Attn: Bankruptcy                         National Bankruptcy Center             Attn: Correspondence Dept
Po Box 168088                            P.O. Box 168088                        Po Box 15298
Irving, TX 75016                         Irving, TX 75016-8088                  Wilmington, DE 19850
```

M & T Bank
Po Box 844
Buffalo, NY 14240

(d)M&T Bank
P.O. Box 1288
Buffalo, NY 14240-1288

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)M&T Bank

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

End of Label Matrix
Mailable recipients    23
Bypassed recipients     2
Total                  25