IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-10133 TPA |
| Stefanie C. Russell | : | |
| Debtor | : | Chapter 13 |
| | : | |
| Stefanie C. Russell | : | |
| Movant | : | |
| | : | Document No. |
| v. | : | |
| Ronda J Winnecour, Esquire, | : | |
| Chapter 13 Trustee | : | |
| Respondent | : | |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1.    The Debtor has made all payments required by the Chapter 13 Plan.

2.    The Debtor is not required to pay any Domestic Support Obligations.

3.    The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4.    On March 5, 2018, at docket number 20, the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing *Certifications of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificates of Completion* attached to the forms.

This Certification is being signed under penalty of perjury by the Debtor's undersigned counsel who duly questioned Debtor about the statements in this Certification and verified the answers in support of this Certification.

Dated: February 5, 2021          By:     /s/ Rebeka A. Seelinger
                                         Rebeka A. Seelinger, Esquire
                                         SEELINGER LAW
                                         Attorney for Debtor
                                         PA ID #93897
                                         4640 Wolf Road
                                         Erie, PA 16505
                                         (814) 824-6670
                                         rebeka@seelingerlaw.com

**PAWB Local Form 24 (07/13)**