

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

18-10133

DEBTOR(S):

STEFANIE C RUSSELL

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 9 IN THE AMOUNT OF $769.07

CREDITOR'S SIGNATURE:

/s/ David Lamb

CREDITOR CONTACT INFO:

LVNV Funding, LLC its successors and assigns as assignee of Citibank (South Dakota), N.A.

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

2/17/2021