Form 300b

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **Stefanie C. Russell** : | Case No. 18−10133−TPA |
| **aka Stefanie Cotton−Russell** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | |
| : | Related to Document No. 43 |
| v. : | |
| **No Respondents** : | Hearing Date: 6/2/21 at 12:00 PM |
| *Respondent(s).* : | |

**ORDER SCHEDULING DATE FOR RESPONSE**
**AND HEARING ON MOTION**

*AND NOW,* this ***The 29th of March, 2021***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** having been filed at Doc. No. 43 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) ***On or before May 13, 2021***, any ***Response***, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on ***June 2, 2021 at 12:00 PM*** in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court ***may*** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties will be ***required*** to appear at the hearing.

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re: Case No. 18-10133-TPA
Stefanie C. Russell Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1 User: jmar Page 1 of 3
Date Rcvd: Mar 29, 2021 Form ID: 300b Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stefanie C. Russell, 3808 Myrtle St, Erie, PA 16508-3014 |
| 14798292 | | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14796783 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14775157 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14775162 | + | Erie Federal Credit Union, 3503 Peach St, Erie, PA 16508-2741 |
| 14775165 | + | St. Vincent Hospital, 232 W 25th St, Erie, PA 16544-0001 |
| 14775166 | | Village Surgicenter of Erie, 5473 Village Common Dr Ste 100, Erie, PA 16506-4961 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 30 2021 03:07:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14777058 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 30 2021 04:36:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14775156 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 30 2021 04:36:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 14775158 | + | Email/Text: g20956@att.com | Mar 30 2021 04:37:00 | AT&T Mobility, PO Box 6416, Carol Stream, IL 60197-6416 |
| 14775159 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 30 2021 03:29:21 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14777879 | | Email/Text: mrdiscen@discover.com | Mar 30 2021 04:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14775161 | + | Email/Text: mrdiscen@discover.com | Mar 30 2021 04:33:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14775160 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 30 2021 03:05:57 | Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14819216 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 30 2021 03:07:18 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank (South Dakota),, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14775175 | + | Email/Text: bk@lendingclub.com | Mar 30 2021 04:37:00 | Lending Club Corp, 71 Stevenson St, Suite 300, San Francisco, CA 94105-2985 |
| 14775163 | + | Email/Text: bk@lendingclub.com | Mar 30 2021 04:37:00 | LendingClub Corporation, 71 Stevenson Street, Suite 1000, San Francisco, CA 94105-2967 |
| 14775164 | | Email/Text: camanagement@mtb.com | Mar 30 2021 04:34:00 | M & T Bank, Po Box 844, Buffalo, NY 14240 |
| 14795314 | | Email/Text: camanagement@mtb.com | | |

| | | | Mar 30 2021 04:34:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 14807259 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 30 2021 04:36:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 14775581 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 30 2021 03:29:56 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T Bank |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14775168 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 14775170 | *+ | AT& T Mobility, PO Box 6416, Carol Stream, IL 60197-6416 |
| 14775169 | *+ | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14775171 | *+ | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14775173 | *+ | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14775174 | *+ | Erie Federal Credit Union, 3503 Peach St, Erie, PA 16508-2741 |
| 14775172 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14775176 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M & T Bank, Po Box 844, Buffalo, NY 14240 |
| 14775177 | *+ | St. Vincent Hospital, 232 W 25th St, Erie, PA 16544-0001 |
| 14775178 | * | Village Surgicenter of Erie, 5473 Village Common Dr Ste 100, Erie, PA 16506-4961 |

TOTAL: 1 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 31, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | on behalf of Debtor Stefanie C. Russell rebeka@seelingerlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-1 User: jmar Page 3 of 3
Date Rcvd: Mar 29, 2021 Form ID: 300b Total Noticed: 22
TOTAL: 4