**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

FILED
5/17/21 1:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
STEFANIE C RUSSELL

Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.: 18-10133 TPA

Chapter 13

Document No.: 43

## ORDER OF COURT

AND NOW, this ___17th___ day of ___May___, 2021, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE    jlm

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-10133-TPA |
| Stefanie C. Russell | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: aala | Page 1 of 2 |
| Date Rcvd: May 17, 2021 | Form ID: pdf900 | Total Noticed: 22 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stefanie C. Russell, 3808 Myrtle St, Erie, PA 16508-3014 |
| 14798292 | | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14796783 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14775157 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14775162 | + | Erie Federal Credit Union, 3503 Peach St, Erie, PA 16508-2741 |
| 14775165 | + | St. Vincent Hospital, 232 W 25th St, Erie, PA 16544-0001 |
| 14775166 | | Village Surgicenter of Erie, 5473 Village Common Dr Ste 100, Erie, PA 16506-4961 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | May 18 2021 02:25:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14777058 | | Email/Text: ebnbankruptcy@ahm.honda.com | May 18 2021 02:14:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14775156 | | Email/Text: ebnbankruptcy@ahm.honda.com | May 18 2021 02:14:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 14775158 | + | Email/Text: g20956@att.com | May 18 2021 02:14:00 | AT& T Mobility, PO Box 6416, Carol Stream, IL 60197-6416 |
| 14775159 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 18 2021 02:23:23 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14777879 | | Email/Text: mrdiscen@discover.com | May 18 2021 02:13:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14775161 | + | Email/Text: mrdiscen@discover.com | May 18 2021 02:13:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14775160 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 18 2021 02:25:08 | Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14819216 | | Email/PDF: resurgentbknotifications@resurgent.com | May 18 2021 02:25:13 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank (South Dakota),, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14775175 | + | Email/Text: bk@lendingclub.com | May 18 2021 02:14:00 | Lending Club Corp, 71 Stevenson St, Suite 300, San Francisco, CA 94105-2985 |
| 14775163 | + | Email/Text: bk@lendingclub.com | May 18 2021 02:14:00 | LendingClub Corporation, 71 Stevenson Street, Suite 1000, San Francisco, CA 94105-2967 |
| 14775164 | | Email/Text: camanagement@mtb.com | May 18 2021 02:13:00 | M & T Bank, Po Box 844, Buffalo, NY 14240 |
| 14795314 | | Email/Text: camanagement@mtb.com | | |

| | | | May 18 2021 02:13:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 14807259 | + | Email/Text: bankruptcydpt@mcmcg.com | May 18 2021 02:14:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 14775581 | + | Email/PDF: rmscedi@recoverycorp.com | May 18 2021 02:21:34 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T Bank |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14775168 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 14775170 | *+ | AT& T Mobility, PO Box 6416, Carol Stream, IL 60197-6416 |
| 14775169 | *+ | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14775171 | *+ | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14775173 | *+ | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14775174 | *+ | Erie Federal Credit Union, 3503 Peach St, Erie, PA 16508-2741 |
| 14775172 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14775176 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M & T Bank, Po Box 844, Buffalo, NY 14240 |
| 14775177 | *+ | St. Vincent Hospital, 232 W 25th St, Erie, PA 16544-0001 |
| 14775178 | * | Village Surgicenter of Erie, 5473 Village Common Dr Ste 100, Erie, PA 16506-4961 |

TOTAL: 1 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 19, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | on behalf of Debtor Stefanie C. Russell rebeka@seelingerlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4